PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Kendal Jones                                    Cr.: 19-00236-001
                                                                  PACTS #: 5288723

Name of Sentencing Judicial Officer:   THE HONORABLE KATHARINE S. HAYDEN
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/12/2019

Original Offense:   Count One: Possession of a Firearm by a Convicted Felon: 18 U.S.C. § 922(g)(1)

Original Sentence: 27 months imprisonment, 36 months supervised release

Special Conditions: Drug Testing and Treatment; Gang/Criminal Associations Prohibition; Motor Vehicle Compliance

Type of Supervision: Supervised Release              Date Supervision Commenced: 12/08/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | The offender has violated the mandatory supervision condition which states **'You must not commit another federal, state, or local crime.'**
 | On August 25, 2021, Jones was arrested for Orange police officers after being observed distributing narcotics. Officers were on patrol on observed Jones holding a black cloth bag and beckoning at pedestrians and motor-vehicles by making gestures with his hands and head in an attempt to get their attention. Further, Jones was observed reaching into the bag, pulling out an item, and exchanging it for money. Believing he was selling narcotics; officers arrested Jones and discovered the black bag contained multiple baggies with a total of 28.8 grams of marijuana. During the arrest Jones was uncooperative and refused to give officers his biographical information.
 | Jones was charged with hindering; wandering and remain, and distribution of marijuana in excess of one ounce and was released with a court date.
2 | The offender has violated the mandatory supervision condition which states **'You must not unlawfully possess a controlled substance.'**
 | During the above listed arrest, Jones was in possession of marijuana.

Prob 12A – page 2
Kendal Jones

3     The offender has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance."**

On August 30, 2021, Jones tested positive for the use of marijuana.

U.S. Probation Officer Action:
At this time, no Court action is requested. The probation officer has made clear to Jones the expectations of his supervision including the use of substances and his associations with others. The probation officer will increase the intensity of Jones' supervision and conduct drug screenings on a frequent basis. Should the individual under supervision continue to test positive for the use of substances he will be referred for substance abuse treatment. The probation officer will continue to monitor the outcome of Jones' arrest and will update the Court as necessary.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Michael L. Liebes*

By:    MICHAEL L. LIEBES
U.S. Probation Officer

/ mll

APPROVED:
*Elisa Martinez*            08/31/21

ELISA MARTINEZ    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

s/Katharine S. Hayden

Signature of Judicial Officer

11/1/2021

Date

Prob 12A – page 3
Kendal Jones